IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEREMY O'BRYAN WESTOVER,<br><br>Plaintiff,<br><br>vs.<br><br>BROWNING, KALECZYC, BERRY, & HOVEN, P.C. and TROY L. BENTSON, individually,<br><br>Defendants. | CV 26-70-BU-KSL<br><br><br>ORDER |

On July 27, 2026, United States Magistrate Judge Timothy Cavan filed Findings and Recommendations. (Doc. 11). Judge Cavan recommended that this Court do the following:

- Dismiss without leave to amend Plaintiff's §1983 claim in Count I of the Complaint.

- Dismiss without leave to amend Plaintiff's claim based on the Notice of Bar Complaint he filed against Defendant Bentson.

- Order that Plaintiff's Complaint and summons be served by the United States Marshal pursuant to Fed. R. Civ. P. 4(c)(3).

- Direct Plaintiff to file a notice within 21 days which provides the Court with an appropriate address for service on Defendants. (Doc. 11 at 12-13).

1

Neither party objected to the Findings and Recommendations within the four-teen-day period prescribed by 28 U.S.C. §636(b)(1). Therefore, this Court reviews for clear error. 28 U.S.C.A. §636(b)(1)(A); *see also* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. After careful review of the Findings and Recommendations, this Court does not find clear error.

IT IS HEREBY ORDERED that the Findings and Recommendations issued by Judge Cavan (Doc. 11) are ADOPTED IN FULL.

DATED this 13th day of August, 2026.

KATHLEEN S. LANE
United States District Judge

2